UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN WALDORF,

                Plaintiff,

      -against-                                  No. 05 CV 2557 (RJH)

LIBERTY MAINTENANCE, INC. and                **NOTICE OF MOTION FOR**
MANUEL FRANGOS, individually and as an owner    **SUMMARY JUDGMENT**
and President of Liberty Maintenance, Inc.,             **PURSUANT TO FED. R. CIV.**
                                                                      **P. 56**
                Defendants.
-----------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that, upon the Affidavit of Felicia S. Ennis, sworn to on August 1, 2006, and the exhibits annexed thereto, and the Memorandum of Law in Support of Defendants' Motion for Summary Judgment dated August 1, 2006, and Defendants' Statement of Undisputed Facts dated August 1, 2006, Liberty Maintenance, Inc. and Manuel Frangos, sued herein individually and as owner and President of Liberty ("Defendants"), will move this Court before the Honorable Richard J. Holwell, District Court Judge, at the United States Courthouse, 500 Centre Street, New York, New York 10007, Courtroom 17B, for an order pursuant to Fed. R. Civ. P. 56, determining that Defendants are entitled to summary judgment, and granting such other relief as the Court deems just and proper.

Dated: New York, New York
         August 1, 2006

                                                                   ROBINSON BROG LEINWAND GREENE
                                                                   GENOVESE & GLUCK P.C.

                                                  By: _____
                                                     Felicia S. Ennis (FSE-4563)
                                                       Alan M. Pollack (AMP-3759)
                                                       1345 Avenue of the Americas
                                                       New York, N.Y. 10105
                                                       Tel. (212) 603-6300
                                                       Attorneys for Defendants

{00314838.DOC;1}

TO:
William H. Kaiser, Esq.
Kaiser Saurborn & Mair, P.C.
20 Exchange Place
New York, New York  10005